UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:11CR00017 SNLJ |
| | ) | |
| JAMES D. KOZOHORSKY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#55), filed on September 19, 2011 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Indictment as Duplicitous (#41) and Motion to Dismiss the Indictment (#42) be **DENIED**.

Dated this 25th day of October, 2011.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE